

Douglas B. Lipsky

630 Third Avenue, Fifth Floor
New York, New York 10017
Main: 212.392.4772
Direct: 212.444.1024
Fax: 212.444.1030
dl@bronsonlipsky.com

www.bronsonlipsky.com

December 5, 2017

<u>VIA ECF</u>
The Honorable Richard J. Sullivan, U.S.D.J.
U.S. District Court for the Southern District of New York
40 Foley Square, Courtroom 905
New York, New York 10017

  Re: <u>Young v. Restoration Hardware, Inc., 1:17-cv-7303 (RJS)</u>

Dear Judge Sullivan:

  This firm represents the Plaintiff and we submit this letter on behalf of all parties to inform the Court we have reached a settlement to resole this matter. Given this development, we respectfully request that the Court discontinue this matter without prejudice, giving Plaintiff leave to reopen it within 30 days. This request, if granted, will effectively adjourn *sine die* the December 19, 2017, 9:30 a.m., Initial Pretrial Conference.

  We appreciate the Court's consideration of this request.

          Respectfully submitted,
          BRONSON LIPSKY LLP


          <u>s/ Douglas B. Lipsky</u>
          Douglas B. Lipsky


Cc: Julia Sarnoff and Minh Vu (Via email)

