UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED. 12/5/17
```

LAWRENCE YOUNG,

                Plaintiff,

-v-

RESTORATION HARDWARE,

                Defendant.

No. 17-cv-7303 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of an update from Plaintiff informing the Court that the parties have reached a settlement. (Doc. No. 6.) Accordingly, IT IS HEREBY ORDERED THAT this case is dismissed with prejudice but without costs. IT IS FURTHER ORDERED THAT the Court retains jurisdiction to enforce the settlement agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994). However, within thirty days of the date of this Order, any party may send a letter requesting to restore this action to the docket with an explanation for the request. IT IS FURTHER ORDERED THAT the December 19, 2017 initial conference, and all other deadlines, is adjourned sine die. The Clerk of the Court is respectfully directed to close this case.

SO ORDERED.

Dated:    December 5, 2017
              New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE